STATE OF NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.3410   AND FILED ON   4/30/2007

| | |
|---|---|
| JOSEPH COSENTINO | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| VILLAGE/TOWN OF MT. KISCO, NEW YORK | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
                                              ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/15/2007 at 1:52PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: VILLAGE/TOWN OF MT. KISCO, NEW YORK    (herein called recipient) therein named.

At Location: 104 MAIN STREET
MOUNT KISCO NY 10549

By delivering to and leaving with PAULA MAIORANO and that deponent knew the person so served to be the DEPUTY CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BLK/BRN
Age 45    Height 5'4"
Weight 115    Other Features

Sworn to before me on 5/15/2007

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_Gary Williams_ (signature)
Server's License#: