

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW • NEW YORK  FLORIDA  KANSAS

CHRISTOPHER T. KURTZ
Direct: 516-267-6392
ckurtz@bsk.com

June 5, 2007

**VIA FACSIMILE – (914) 390-4085**

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

Re: *Joseph Cosentino v. Village/Town of Mount Kisco, New York.*
Case No. 07-cv-3410

Dear Judge Brieant:

We represent the Defendant Village/Town of Mount Kisco, New York ("Village"), in the above-referenced action.

Pursuant to my telephone call yesterday with your Chambers, the Village respectfully requests a two (2) week extension on the time in which to respond to the Complaint in this case from June 5, 2007 to June 19, 2007.

Please note that we were able to obtain the consent of opposing counsel, Jonathan Lovett, Esq., earlier today.

Please contact me at your earliest convenience regarding this request.

Respectfully,

BOND, SCHOENECK & KING, PLLC

Christopher T. Kurtz

cc: Jonathan Lovett, Esq. (via facsimile)
James M. Palmer (via facsimile)