*Briant, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - X

JOSEPH COSENTINO,

                           Plaintiff,

    - against -

VILLAGE OF MT. KISCO, NEW YORK,

                           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - X

STIPULATION OF
DISCONTINUANCE
**WITH PREJUDICE**

07-Civ.-3410 (CLB)(GAY)

    IT IS HEREBY STIPULATED by and between the attorneys for the parties in the above-referenced matter that the complaint is withdrawn and the action discontinued with prejudice. Each side shall bear its own costs and fees.

Dated:    Garden City, New York
             November 28, 2007

_____
Jonathan Lovett, Esq. (JL 4854)
LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

_____
Christopher T. Kurtz, Esq. (CK 9187)
BOND SCHOENECK & KING, PLLC
Attorneys for Defendant
1399 Franklin Avenue
Garden City, New York 11530
(516) 267-6300

SO ORDERED

_____
*Charles Brieant*
U.S.D.J.

dated: December 7, 2007

58499.1 11/28/2007